THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN A. GANNON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY NAPOLITANO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS MIGNANELLI, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted on the ground that defendant's guilt was not established beyond a reasonable doubt. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

LILLIAN SACKNOFF, Respondent, v. SAMUEL SACKNOFF, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

MARIE L. BARRETT, as Ancillary Executrix of ELIZABETH S. VISGER, Deceased, Appellant, v. METROPOLITAN OPERA ASSOCIATION, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ. [See post, p. 840.]

JACK KARP, Respondent, v. TWENTY-THREE THIRTY RYER CORP. et al., Appellants, and VICTOR LAMBERTI et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

JOSEPH S. BLUME & Co., INC., Respondent, v. ALVIN L. BLUME, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of the order with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE GODICK, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.

In the Matter of JEAN BEYER, as Administratrix of the Estate of MARY L. JENKINS, Deceased, Appellant. FLORENCE J. KELLY et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Dore, Callahan and Peck, JJ.